NUMBER 13-10-00271-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG


____________________________________________________________

 

IN RE DIRECTORY ASSISTANTS, INC.

____________________________________________________________


On Petition for Writ of Mandamus.

____________________________________________________________


MEMORANDUM OPINION



Before Justices Yañez, Rodriguez, and Garza


Memorandum Opinion Per Curiam (1)



 On May 6, 2010, relator, Directory Assistants, Inc., filed a petition for writ of
mandamus. Relator has now filed a motion to dismiss this original proceeding. According
to the motion to dismiss, the parties have compromised and settled their differences. 

 The Court, having considered the documents on file and relator's motion to dismiss
this original proceeding, is of the opinion that the motion should be granted. Accordingly,
we GRANT the motion to dismiss. We LIFT the stay previously imposed by this Court. 
See Tex. R. App. P. 52.10(b) ("Unless vacated or modified, an order granting temporary
relief is effective until the case is finally decided."). We DISMISS this original proceeding
without reference to the merits thereof. 

 IT IS SO ORDERED. 

 PER CURIAM

Delivered and filed the 

24th day of August, 2010.








1. See Tex. R. App. P. 52.8(d) ("When denying relief, the court may hand down an opinion but is not
required to do so."); Tex. R. App. P. 47.4 (distinguishing opinions and memorandum opinions).